**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**  GREENBELT, MARYLAND 20770
  301-344-0052

# M E M O R A N D U M

TO:  Counsel of Record

FROM:  Judge Roger W. Titus

RE:  *United States of America v. Richard Brown*
  Criminal No. RWT-13-062

DATE:  December 6, 2013

\* \* \* \* \* \* \* \* \*

At the request of the parties, the sentencing hearing currently scheduled for December 19, 2013 at 9:00 a.m. is **RESCHEDULED** for **January 13, 2014, at 9:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge